In the Matter of the Application of CHARLES F. KROMM for an Order Directing S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Not to Place on the Ballot as Candidates for the Office of State Committee, Fifth Assembly District, Kings County, on the Republican Party Ticket, the Names of EDWARD W. WRIGHT and MAY E. BORJES, and the Candidates for County Committee, at the Places Designated for the Said Office Thereon. EDWARD W. WRIGHT and MAY E. BORJES, Appellants; CHARLES F. KROMM and the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.— Order granting motion to declare the petition of Edward W. Wright and May E. Borjes, candidates for the position of State committeeman and State committeewoman, and candidates for county committee appearing on petitions of the Republican party in the fifth Assembly district, Kings county, to be null and void and insufficient to entitle their names to be placed on the official ballots for the primary election to be held on April 2, 1936, reversed on the law and the facts and matter remitted to the Special Term to take proof.  Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

JAMES J. SEXTON, HELEN LACEY, HARRY S. SULLIVAN, as President, and JOHN R. STARKEY, as Financial Secretary of the Regular Democratic Organization of the Fifth Assembly District, Respondents, v. BERNARD J. DILLON, MARY O'BRIEN and WALTER STERNS, as President of the Mohawk Club, Appellants.— Order granting motion for an injunction *pendente lite* enjoining and restraining the defendants from using the word " Regular " in connection with the designation of Bernard J. Dillon and Mary O'Brien as candidates for members of State committee, Democratic party, fifth Assembly district, Kings county, affirmed.  No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

VINCENZO CIMINO and CONCETTA CIMINO, Respondents, v. STILLWELL THEATRE, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Davis and Taylor, JJ.; Carswell, J., not voting.

TILLIE GOLD, Respondent, v. WILLIAM MACY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.  Present — Lazansky, P. J., Hagarty, Davis and Taylor, JJ.; Carswell, J., not voting.

BEATRICE HERSCHMAN, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Motion for leave to appeal to the Appellate Division granted.  Present — Lazansky, P. J., Davis, Johnston and Adel, JJ.; Young, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ELLERY .O. PHILLIPS, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Davis, Johnston and Adel, JJ.; Young, J., not voting.

KLIN CO., INC., Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted.  [See *ante*, p. 764.] The following question is certified " Is the fifteen-year Statute of Limitations set up in the first and second affirmative defenses herein, applicable to the subject-matter of this action?"  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.